CARTER, J.

v.

CORNERSTONE CONSTRUCTION SVC

1174 CD 2016

Commonwealth Court of Pennsylvania.

06/06/2017

Lackawanna County Civil Division, 15 CV 4008

Quashed

RE GAS DEV.

v.

DELAWARE RIVERKEEPER NTWK, et al.

1229 CD 2015

Commonwealth Court of Pennsylvania.

06/07/2017

Butler County Civil Division, AD15–10429

Affirmed

FAISAL, S.

v.

WCAB (CITY OF PHILA PRISONS DEPT.)

11 CD 2017

Commonwealth Court of Pennsylvania.

06/06/2017

Workers' Compensation Appeal Board, A16–0474

Affirmed

STANISH, M.

v.

UCBR

1683 CD 2016

Commonwealth Court of Pennsylvania.

6/7/2017

Unemployment Compensation Board of Review, B–592716

Vacated/Remanded